UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

-against-

MOLLY WASOW PARK; SCOTT FRENCH; THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES; HUMAN RESOURCES ADMINISTRATION; TRINITY BUI; TRINITY FINANCING INVESTMENTS CORPORATION,

                Defendants.

24 CIVIL 9787 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 1, 2025, second order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) . SO ORDERED.

Dated:   July 1, 2025

       New York, New York

                                              /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                          Chief United States District Judge